Eastern District of Kentucky
FILED
MAY - 5 2016
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 5:16-CR-36-JMH
**21 U.S.C. § 841(a)(1)**

**JOSHUA DONALD EWING**

* * * * *

**THE GRAND JURY CHARGES:**

On or about February 8, 2016, in Fayette County, in the Eastern District of Kentucky,

**JOSHUA DONALD EWING**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, the use of which resulted in the overdose death of J.D., all in violation of 21 U.S.C.§ 841(a)(1) and (b)(1)(C).

**A TRUE BILL**

**KERRY B. HARVEY**
**UNITED STATES ATTORNEY**

# PENALTIES

Not less than 20 years imprisonment nor more than life imprisonment, not more than a $1,000,000 fine, and not less than 3 years supervised release.

**If prior drug felony:**
Life imprisonment and not more than a $2,000,000 fine.

**PLUS:** Mandatory special assessment of $100 per felony count.

**PLUS:** Restitution, if applicable.